CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 09 2015

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| CLAUDE ARNOLD PERKINS, JR., | ) | Civil Action No. 7:15-cv-00459 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DIRECTOR FOR THE VA. | ) | By:   Hon. Michael F. Urbanski |
| DEPT. OF CORRECTIONS, | ) |      United States District Judge |
|    Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This _____ day of September, 2015.

*/s/ Michael F. Urbanski*
_____
United States District Judge